IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARIA SCAGLIONE, | ) CASE NO. 1:12CV01431 |
| Plaintiff, | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| PEPSI-COLA METROPOLITAN BOTTELING CO. INC., et al., | ) **JUDGMENT** |
| Defendants. | ) |

This matter is before the Court on Defendants' Motion to Dismiss, or Alternatively to Transfer Venue (ECF #4). For the reasons stated in the Court's contemporaneous Opinion and Order, the Motion is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: July 30, 2012

4